JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON OMAR REID,<br><br>    Petitioner,<br><br>    v.<br><br>THOMAS W. HUSSEY, *et al.*,<br><br>    Respondents. | Case No. ED CV 15-2497 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 9/22/16

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE